UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

Samuel Love,

                Plaintiff,

    v.

Melham Zouher Ayoub, et al.,

                Defendant.

EDCV 15-1778-VAP (KKx)

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed on June 30, 2016, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE to refiling Plaintiff's state law claims in California Superior Court. The Court orders that such judgment be entered.

Dated:  7/6/16

                                          Virginia A. Phillips
                                          United States District Judge